# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

W.B. HIGDON, JR., JOSEPH WILBERT BRYANT, JR., OUIDA JEANINE REID, MARY JANET HARGROVE VIAL, CLAIRE T. WHITAKER, THE ESTATE OF RUTH ROSE WILBERT TEMPLET, THROUGH ITS EXECUTRIX JANE TEMPLET PIZZOLATO, KAY J. SCARBOROUGH, MARY JOSEPHINE BUQUOI PREMEAUX, KIM J. HOWELL, MARY HICKMAN SWANSON, BETH HICKMAN, MICHAEL HICKMAN, MARY MIXON HIGDON BRINKERHOFF, MARY CAROLYN J. THIBODEAUX, KARLYN GUMM, MEGAN GUMM, AND GULLIAN GUMM ZOOK

NO.   2019 CW 1172

VERSUS

BIL-MIK, INC., BRIDAS ENERGY USA, INC., CENTERPOINT ENERGY RESOURCES CORP., CHEVRON U.S.A. INC., CHEVRON CORPORATION, CLIFFWOOD EXPLORATION LIMITED PARTNERSHIP 1983, CONOCOPHILLIPS COMPANY, CONTINENTAL OIL COMPANY, DEVON LOUISIANA CORPORATION, EXXONMOBIL CORPORATION, FOREST OIL CORPORATION, FOSTER-BROWN OPERATIONS, INC., MAGNA OIL & GAS CORP., MIDCON EXPLORATION COMPANY-GULF COAST, OLEUM OPERATING COMPANY, L.C., SAMSON RESOURCES COMPANY, SHELL OIL COMPANY, SHELL PETROLEUM CORP., SLX ENERGY, INC., SMK-LA, INC., SUPREME CONTRACTORS, L.L.C., FOUR STAR OIL AND GAS COMPANY, TOCE OIL COMPANY, AND UNION OIL COMPANY OF CALIFORNIA

DEC 2 3 2019

---

In Re:    Toce Oil Company, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 62857.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT